**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                        **CASE NO. 4:10-CR-71-SPM/WCS-2**

**TWON HOWARD,**

     **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pursuant to the Report and Recommendation (doc. 70) of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **TWON HOWARD**, to Count Two of the Indictment is hereby **ACCEPTED.** All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this ninth day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge